# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 51702

STATE OF IDAHO, )
            ) Filed: August 11, 2025
      Plaintiff-Respondent, )
            ) Melanie Gagnepain, Clerk
v. )
            ) THIS IS AN UNPUBLISHED
LEVI ISAAC DAVIS, ) OPINION AND SHALL NOT
            ) BE CITED AS AUTHORITY
      Defendant-Appellant. )
            )

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Brent L. Whiting, District Judge.

Judgment of conviction and unified sentence of life, with a minimum period of confinement of forty years, for second degree murder, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Kimberly A. Coster, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

---

PER CURIAM

     Levi Isaac Davis pled guilty to second degree murder, Idaho Code § 18-4001. The district court imposed a unified life sentence with forty years determinate. Davis appeals, contending that his sentence is excessive.

     Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the

1

length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Davis's judgment of conviction and sentence are affirmed.